# Schedule A

Redacted - Subject to Motion for Leave to File Certain Documents under Seal