# EXHIBIT 1

**Redacted - Subject to Motion for Leave to File Certain Documents under Seal**